NUMBER 13-03-482-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________________


FIDEL VILLARREAL D/B/A FIDEL'S AUTO SALES, Appellant,


v.



ANGELITA MARTINEZ, Appellee.

____________________________________________________________________


On appeal from County Court at Law No. 2 


of Cameron County, Texas.


____________________________________________________________________


MEMORANDUM OPINION


 

Before Justices Hinojosa, Yañez, and Rodriguez
Opinion Per Curiam


 Appellant, FIDEL VILLARREAL D/B/A FIDEL'S AUTO SALES, attempted to
perfect an appeal from a judgment entered by County Court at Law No. 2 of Cameron
County, Texas, in cause number 2002-CCL-590-B. After the notice of appeal was
filed, appellant filed an agreed motion to dismiss the appeal. In the motion, appellant
states that this case has been resolved and appellant no longer wishes to prosecute
this appeal. Appellant requests that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellant's agreed
motion to dismiss the appeal, is of the opinion that the motion should be granted. 
Appellant's agreed motion to dismiss is granted, and the appeal is hereby DISMISSED.

 PER CURIAM


Opinion delivered and filed this

the 2nd day of October, 2003.